UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIS SCIENCES CORPORATION,

    Plaintiff(s),            No. C 11-5444 PJH

    v.                           **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

TRUST DATA SOLUTIONS, LLC,

    Defendant(s).
_____/

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **March 8, 2012, at, 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **March 8, 2012, at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: March 5, 2012

                                                   _____
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge