1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   MIS SCIENCES CORPORATION,

8                 Plaintiff(s),                    No. C 11-5444 PJH

9          v.                                **ORDER SCHEDULING TELEPHONIC
                                             CASE MANAGEMENT CONFERENCE**
10  TRUST DATA SOLUTIONS, LLC,

11                Defendant(s).
    _____/

12

13       One or more of the parties has requested to appear telephonically at the Case

    Management Conference ("CMC") scheduled for **March 8, 2012, at, 2:00 p.m**.  The
14
    courtroom is not equipped for telephonic appearances, but the court will conduct a
15
    conference in chambers with **all** parties appearing telephonically before the regular CMC
16
    calendar.  The conference will occur on **March 8, 2012,  at 1:30 p.m.**  The party/attorney
17
    requesting a telephonic appearance shall initiate the call to all parties and to the court at
18
    (510) 637-1291.
19
         IT IS SO ORDERED.
20
    Dated:  March 5, 2012
21
                                             _____
22                                           PHYLLIS J. HAMILTON
                                             United States District Judge
23

24

25

26

27

28