1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (Bar No. 073901)
2  Email:  rpayne@lgpatlaw.com
   Christopher J. Passarelli (Bar No. 241174)
3  Email: cpassarelli@lgpatlaw.com
   Post Office Box 3140
4  19 Upper Ragsdale Drive
   Monterey, CA  93942-3140
5  Telephone: (831) 649-8800
   Facsimile: (831) 649-8835

6  Attorneys for Plaintiff
   MIS SCIENCES, INC.
7                     .

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  MIS SCIENCES CORPORATION, a California    )  Case No: CV 11-05444
    corporation,                             )
11                                           )
                                             )  [PROPOSED] ORDER TO DISMISS
12           Plaintiff,                       )  COMPLAINT AND
    vs.                                      )  COUNTERCLAIM WITH
13                                           )  PREJUDICE
    TRUST DATA SOLUTIONS, LLC, a Texas       )
14  limited liability company,               )
                                             )
15           Defendant.                       )
                                             )
16  _____ )
    AND RELATED COUNTER CLAIM               )
17

18      PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, it is hereby

19  ordered that the within action, including all counter claims, are hereby dismissed with prejudice.

20  Dated: 8/20/12

21

22

23  _____
    HONORABLE UNITED STATES ... ES
24                              IT IS SO ORDERED
                                Judge Phyllis J. Hamilton
25

26

27

28

[Proposed] Order to Dismiss Complaint and Counterclaim with Prejudice
Case No: CV 11-05444