1 | LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Email: rpayne@lgpatlaw.com
Christopher J. Passarelli (Bar No. 241174)
Email: cpassarelli@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MIS SCIENCES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUST DATA SOLUTIONS, LLC, a Texas limited liability company,<br><br>    Defendant.<br>_____<br>AND RELATED COUNTER CLAIM | Case No: CV 11-05444<br><br>**[PROPOSED] ORDER TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE** |

("PROPOSED" is struck through.)

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, it is hereby ordered that the within action, including all counter claims, are hereby dismissed with prejudice.

Dated: 8/20/12

_____
HONORABLE UNITED STATES

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton

[Proposed] Order to Dismiss Complaint and Counterclaim with Prejudice
Case No: CV 11-05444